# UNITED STATES COURT OF APPEALS

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

MUHAMMAD S. HABEEBULLAH,
        *Defendant-Appellant.*

No. 02-4086

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Robert E. Payne, District Judge.
(CR-01-237)

Submitted: August 28, 2002

Decided: September 19, 2002

Before WIDENER, WILKINS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Andrea C. Long, BOONE, BEALE, COSBY & LONG, Richmond, Virginia, for Appellant. Paul J. McNulty, United States Attorney, N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Muhammad Habeebullah appeals his 110-month sentence and convictions for conspiracy to possess with intent to distribute and and to distribute more than 500 grams of cocaine, in violation of 21 U.S.C.A. § 846 (West 2001), and attempted possession with intent to distribute more than 500 grams of cocaine, in violation of 21 U.S.C. § 841(a)(1) (2000) and 18 U.S.C. § 2 (2000).

On appeal, Habeebullah challenges his convictions based on the sufficiency of the evidence. First, he contends that the evidence against him is purely circumstantial. Second, he argues the Government failed to prove that there was at least one other person who conspired with him to distribute cocaine, or that he knew that any package ever sent to him contained cocaine. Third, he avers the evidence could not support his attempt conviction because he never touched the only package proven to contain cocaine.

The relevant question on appeal is not whether the court is convinced of guilt beyond a reasonable doubt, but rather whether the evidence, when viewed in the light most favorable to the government, was sufficient for a rational trier of fact to have found the essential elements of the crime beyond a reasonable doubt. *Glasser v. United States*, 315 U.S. 60, 80 (1942); *United States v. Stewart*, 256 F.3d 231, 250 (4th Cir.), *cert. denied*, 122 S. Ct. 633 (2001) (citing *United States v. Burgos*, 94 F.3d 849, 862-63 (4th Cir. 1996)).

After careful review of the record, we conclude the Government presented sufficient evidence supporting Habeebullah's convictions. We specifically note that circumstantial evidence alone is sufficient to support a cocaine conspiracy conviction. *Burgos*, 94 F.3d at 857-58. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*